IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>SAMUEL S. FUNG,<br><br>               Defendant. | No. CR-05-215-1-EJD<br><br>[PROPOSED] ORDER<br><br>CONTINUING SENTENCING<br><br>HEARING |

The Court, having considered the parties' joint motion to continue the sentencing date, and

good cause appearing, hereby orders that Mr. Samuel S. Fung's sentencing hearing, currently

scheduled for March 19, 2012, at 1:30 p.m., be continued for one week to March 26, 2012, at

9:00 a.m. The sentencing hearing for Defendant Eric Aaron Lighter remains
scheduled for March 26, 2012, at 1:30 p.m.

     IT IS SO ORDERED


DATED: January 6, 2012

_____
EDWARD J. DAVILA
United States District Judge