Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant SAMUEL S. FUNG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) No. CR 05-00215 EJD |
| **Plaintiff,** | ) |
| | ) **STIPULATION AND** ~~**[PROPOSED]**~~ |
| | ) **ORDER CONTINUING** |
| **vs.** | ) **SENTENCING HEARING** |
| **SAMUEL S. FUNG, et al,** | ) |
| | ) |
| | ) |
| **Defendants** | ) |
| | ) |

The parties stipulate, and request that the court Order, the following:

1.     Mr. Samuel S. Fung is scheduled to be sentenced on March 26, 2012 at 1:30 P. M.  Through this stipulation, the parties are seeking a continuance of the hearing until June 4, 2012.

2.     The continuance is requested because Mr. Fung has not completed the sentencing process.  Mr. Fung has been interviewed by the probation officer, but

according to the probation officer, mid-May is the soonest that the sentencing can take place.

3.    Initially, the government sought to hold the sentencing hearings for both Mr. Fung and his co-defendant, Mr. Lighter, on the same day.  However, various developments in Mr. Lighter's case have caused Mr. Lighter's sentencing to be delayed.  The government no longer seeks to hold the sentencing hearings on the same day.

4.    June 4, 2012, is the best date for the defense and the government to hold Mr. Fung's sentencing hearing

5.    For the above reasons, the parties respectfully request that the March 26 sentencing date be vacated, and that a new sentencing hearing be set for June 4, 2012.

Respectfully submitted,


Dated:                        By:_____/s/_____
                              PETER A. LEEMING,
                              Attorney for Samuel Fung

Dated:                        By: :_____/s/_____
                              CHARLES A. O'REILLY
                              Trial Attorney

The sentencing hearing as to Samuel Fung is CONTINUED from March 26, 2012, to May 31, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED:_____ March 19, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge