Filed

SEP 12 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>SAMUEL S. FUNG,<br>　　　　Defendant. | CASE NO. 5:05-cr-215-1 EJD<br><br>AMENDED<br>ORDER (Proposed) |

For the reasons stated in the United States' Motion to Amend the Restitution to be Paid to the Internal Revenue Service, the restitution the defendant shall make to the Internal Revenue Service as previously ordered in the Judgment, document 299, is amended to be $4,100.30, and the Total Restitution the defendant must pay is amended to equal $1,108,396.30. The restitution to be paid to the IRS shall be credited to the account of S.S.

**IT IS SO ORDERED.**

Dated: 9/5/12

　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　United States District Judge

CASE NO. 5:05-cr-00215-1-EJD
ORDER